No. D-1301. In re Disbarment of Pohlmann. It is ordered that John Milton Pohlmann, of Lafayette, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1302. In re Disbarment of Willis. It is ordered that Linda Antionette Willis, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D-1303. In re Disbarment of Blake. It is ordered that Michael Joseph Blake, of Dearborn Heights, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1304. In re Disbarment of Kummer. It is ordered that Thomas L. Kummer, of Reno, Nev., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1305. In re Disbarment of Thrasher. It is ordered that Louis Michael Thrasher, of Lincoln, Neb., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1306. In re Disbarment of Rogers. It is ordered that John I. Rogers III, of Bennettsville, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1307. In re Disbarment of Shenberg. It is ordered that Harvey N. Shenberg, of South Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.